[No. 46192-3-I.   Division One.   April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE LEVON HENDERSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07118-9, Jeffrey M. Ramsdell, J., entered February 17, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46267-9-I.   Division One.   April 2, 2001.]

*In the Matter of the Marriage of* GAIL D. LUST, *Respondent,* and GERALD E. LUST, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 98-3-07150-1, Jay V. White, J., entered February 29, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46358-6-I.   Division One.   April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY L. CLARK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-02203-3, Carol A. Schapira, J., entered March 6, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46623-2-I.   Division One.   April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIPE MALTOS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01173-7, James H. Allendoerfer, J., entered April 13, 2000. *Affirmed* by unpublished per curiam opinion.